of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward S Hatch* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

No. 465. Rosa M. Cole, Executrix, etc., Petitioner, *v.* The City of Indianapolis et al. October 29, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Ferdinand Winter* and *Mr. Alexander C. Ayres* for petitioner. *Mr. Frederick E. Matson, Mr. Henry Warrum* and *Mr. Merrill Moores* for respondents.

No. 423. George R. Finch et al., Petitioners, *v.* Maryland Casualty Company. November 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. P. J. McLaughlin* for petitioners. *Mr. Emerson Hadley* for respondent.

No. 453. C. H. Scott et al., Petitioners, *v.* Charles P. Guice, an Infant, etc. November 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Holmes Conrad* and *Mr. C. H. Scott* for petitioners. No appearance for respondent.

No. 483. The Chesapeake and Ohio Steamship Company, Limited, Petitioner, *v.* Edward Morris. November 19, 1906. Petition for a writ of certiorari to the United States